UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

TYLIK D. WILSON BROWN

                                     Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -MAG- 12631    ( AEK )

Defendant TYLIK D. WILSON BROWN hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X___    Bail/Detention Hearing

_X___    Conference Before a Judicial Officer


s/ TYLIK D. WILSON BROWN/SMB
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

s/ SAM BRAVERMAN
Defendant's Counsel's Signature

TYLIK D. WILSON BROWN
Print Defendant's Name

s/ SAMUEL M. BRAVERMAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/2/2020
Date

*Andrew Krause*
U.S. District Judge/U.S. Magistrate Judge